UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHYLLIS SANTISTEVAN-SULLIVAN, | CASE NO. 2:23-cv-00186-TL |
| Plaintiff, | MINUTE ORDER |
| v. | |
| TRANSDIGM GROUP INCORPORATED et al., | |
| Defendants. | |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) On March 2, 2023, Defendants filed an unopposed motion to extend their respective deadlines to Answer Plaintiff's Complaint. Dkt. No. 9. Defendants note that Plaintiff approved the requested deadline extensions.[1] *Id.* at ¶ 6.

---

[1] Defendants received Plaintiff's consent to extend the deadlines on February 27, 2023, but they did not file the motion until one day before Defendant AvtechTyee's Answer deadline. The Court reminds the Parties that motions for extension should be filed at least three (3) business days in advance of the expiration of the relevant deadline.

MINUTE ORDER - 1

(2) Pursuant to Section II.G. of Judge Lin's Standing Order for All Civil Cases, the Court therefore ORDERS the Clerk to reset Defendant AvtechTyee's deadline to file an Answer to **March 31, 2023**, and Defendant TransDigm's deadline to file an Answer to **April 3, 2023**.

Dated this 3rd day of March 2023.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk

MINUTE ORDER - 2