The Honorable Tana Lin

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| PHYLLIS SANTISTEVAN-SULLIVAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TRANSDIGM GROUP INCORPORATED, and AVTECHTYEE, INC.,<br><br>Defendants. | Case No. 2:23-cv-00186-TL<br><br>[~~PROPOSED~~] **ORDER GRANTING UNOPPOSED MOTION TO AMEND ANSWER** |

This matter came before the Court on Defendant TransDigm Group Inc.'s and Defendant AvtechTyee, Inc.'s Unopposed Motion to Amend Defendants' Answer to Plaintiff's Complaint. The Court, having reviewed and considered the motion and all exhibits thereto, hereby ORDERS, ADJUDGES, and DECREES that pursuant to FRCP 15(a)(2), Defendants may file the Amended Answer attached Exhibit B to their motion.

DONE IN OPEN COURT this 26th day of April 2023.

_____
Tana Lin
United States District Judge

[~~PROPOSED~~] ORDER GRANTING
UNOPPOSED MOTION TO AMEND ANSWER
[NO. 2:23-CV-00186TL] - 1

94468490v.1

SEYFARTH SHAW LLP
Attorneys at Law
999 Third Avenue
Suite 4700
Seattle, Washington 98104-4041
(206) 946-4910

1  PRESENTED BY:

2  SEYFARTH SHAW LLP

3

4  By: _/s Emma Kazaryan_
        Lauren Parris Watts (SBN 44064)
5       Esteban Shardonofsky (SBN 24051323)
        Darien Harris (SBN 24118405)
6       Emma Kazaryan (SBN, 49885)
        999 Third Avenue, Suite 4700
7       Seattle, Washington 98104-4041
        Telephone: (206) 946-4910
8       lpwatts@seyfarth.com
        sshardonofsky@seyfarth.com
9       dcharris@seyfarth.com
        ekazaryan@seyfarth.com
10
        *Counsel for Defendants TransDigm*
11      *Group Incorporated and AvtechTyee, Inc.*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER GRANTING
UNOPPOSED MOTION TO AMEND ANSWER
[NO. 2:23-CV-00186TL] - 2

SEYFARTH SHAW LLP
Attorneys at Law
999 Third Avenue
Suite 4700
Seattle, Washington  98104-4041
(206) 946-4910

94468490v.1