The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON (SEATTLE)

| | |
|---|---|
| PHYLLIS SANTISTEVAN-SULLIVAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TRANSDIGM GROUP INCORPORATED, and AVTECHTYEE, INC.,<br><br>Defendants. | CASE NO.: 2:23-cv-00186-TL<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER TO QUASH SUBPOENAS** |

Plaintiff does not believe that the inadvertent omission of the word count certification in her Motion for a Protective Order to Quash Subpoenas (ECF No. 26), now remedied by ECF. No. 29, justifies any delay in the resolution of the Motion.



EIGHT & SAND
750 West Fir Street, Suite 602
San Diego, California 92101
(619) 796-3464

Dated this 2nd day of December 2023.

EIGHT & SAND


_/s/ Jeff R. Dingwall_
Jeff R. Dingwall, WSBA #60523
Attorney for Plaintiff Phyllis Sullivan
750 West Fir Street, Suite 602
San Diego, California 92101
Phone: (619) 796-3464
Email: jeff@eightandsandlaw.com


BLOOM LAW PLLC


_/s/ Beth Bloom_
_/s/ Jay Corker Free_
Beth Barrett Bloom, WSBA #31702
Jay Corker Free, WSBA #51393
Attorneys for Plaintiff Phyllis Sullivan
3827-C South Edmunds St.
Seattle, Washington 98118
Phone: (206) 323-0409
Email: bbloom@bloomlawpllc.com
Email: jfree@bloomlawpllc.com

## CERTIFICATE OF WORD COUNT

Pursuant to LCR 7(e)(6), I hereby certify that this memorandum contains 41 words, in compliance with the Local Civil Rules.

Dated: December 2, 2023.

*s/Jeff R. Dingwall*
Counsel for Plaintiff



EIGHT & SAND
750 West Fir Street, Suite 602
San Diego, California 92101
(619) 796-3464