THE HONORABLE JUDGE TANA LIN

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| PHYLLIS SANTISTEVAN-SULLIVAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TRANSDIGM GROUP INCORPORATED, and AVTECHTYEE, INC.,<br><br>Defendants. | Case No. 2:23-cv-00186<br><br>[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR PERMISSION TO FILE OVERLENGTH BRIEF IN RESPONSE TO PLAINTIFF'S MOTION TO COMPEL WRITTEN DISCOVERY RESPONSES<br><br>NOTED FOR HEARING: DECEMBER 12, 2023 |

This matter came before the Court on Defendants' Unopposed Motion for Permission to File an Overlength Brief in Response to Plaintiff's Motion to Compel Written Discovery Responses. Having considered the motion, the Court hereby GRANTS Defendants' motion, ORDERS that Defendants may have a 700-word extension of the word count limit in order to make their full response in opposition to Plaintiff's motion to compel written discovery responses, and that in accordance with LCR 7(f)(4), Plaintiff may have an equivalent 350-word extension on reply.

DONE IN OPEN COURT this 12th day of December 2023.

_____
Tana Lin
United States District Judge

[PROPOSED] ORDER GRANTING PERMISSION TO FILE OVERLENGTH
BRIEF IN RESPONSE TO PLAINTIFF'S MOTION TO COMPEL WRITTEN
DISCOVERY RESPONSES
[NO. 2:23-CV-00186] - 1

SEYFARTH SHAW LLP
Attorneys at Law
999 Third Avenue
Suite 4700
Seattle, Washington  98104-4041
(206) 946-4910

Presented by:

SEYFARTH SHAW LLP

*s/Emma Kazaryan*
_____
Lauren Parris Watts, WSBA #44064
Esteban Shardonofsky (SBN 24051323)
Darien Harris (SBN 24118405)
Emma Kazaryan, WSBA #49885
999 Third Avenue, Suite 4700
Seattle, Washington 98104-4041
Telephone: (206) 946-4910
lpwatts@seyfarth.com
sshardonofsky@seyfarth.com
dcharris@seyfarth.com
ekazaryan@seyfarth.com

[PROPOSED] ORDER GRANTING PERMISSION TO FILE OVERLENGTH BRIEF IN RESPONSE TO PLAINTIFF'S MOTION TO COMPEL WRITTEN DISCOVERY RESPONSES
[NO. 2:23-CV-00186] - 2

Seyfarth Shaw LLP
Attorneys at Law
999 Third Avenue
Suite 4700
Seattle, Washington 98104-4041
(206) 946-4910