THE HONORABLE JUDGE TANA LIN

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| PHYLLIS SANTISTEVAN-SULLIVAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TRANSDIGM GROUP INCORPORATED, and AVTECHTYEE, INC.,<br><br>Defendants. | Case No. 2:23-cv-00186<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER TO QUASH SUBPOENAS** |

This matter came before the Court on Plaintiff's Motion for Protective Order to Quash Subpoenas. Having considered the motion and all documents (including all declarations and all exhibits thereto) filed in support and in opposition, the Court hereby DENIES Plaintiff's motion and orders that Defendants may serve subpoenas to Plaintiff's former employers.

The Court further orders that, to the extent this Order is signed after Plaintiff's deposition, or to the extent responses to the subpoenas are received after Plaintiff's deposition, Defendants may re-depose Plaintiff (with a reasonable time limit) regarding any of the documents, information, or issues raised by the subpoenaed records.

//

//

//

[PROPOSED] ORDER DENYING PLAINTIFF'S
MOTION FOR PROTECTIVE
ORDER TO QUASH SUBPOENAS
[NO. 2:23-CV-00186] - 1

SEYFARTH SHAW LLP
Attorneys at Law
999 Third Avenue
Suite 4700
Seattle, Washington 98104-4041
(206) 946-4910

DONE IN OPEN COURT this ___ day of December, 2023.

_____
The Honorable Judge Tana Lin

Presented by:

SEYFARTH SHAW LLP

*s/Emma Kazaryan*
_____
Lauren Parris Watts, WSBA #44064
Esteban Shardonofsky (SBN 24051323)
Darien Harris (SBN 24118405)
Emma Kazaryan, WSBA #49885
999 Third Avenue, Suite 4700
Seattle, Washington 98104-4041
Telephone: (206) 946-4910
lpwatts@seyfarth.com
sshardonofsky@seyfarth.com
dcharris@seyfarth.com
ekazaryan@seyfarth.com

[PROPOSED] ORDER DENYING PLAINTIFF'S
MOTION FOR PROTECTIVE
ORDER TO QUASH SUBPOENAS
[NO. 2:23-CV-00186] - 2

Seyfarth Shaw LLP
Attorneys at Law
999 Third Avenue
Suite 4700
Seattle, Washington 98104-4041
(206) 946-4910