The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON (SEATTLE)

| | |
|---|---|
| PHYLLIS SANTISTEVAN-SULLIVAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TRANSDIGM GROUP INCORPORATED, and AVTECHTYEE, INC.,<br><br>Defendants. | CASE NO.: 2:23-cv-00186-TL<br><br>**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO CONTINUE TRIAL AND CASE SCHEDULE**<br><br>**Noted for Hearing: March 22, 2024.** |

Plaintiff Phyllis Santistevan-Sullivan opposes Defendants' Motion to Continue Trial and Case Schedule, ECF No. 49, because there is no reason for such a continuance.

Defendants claim that a continuance is needed due to "discovery disputes" in the case, but Defendants have had nearly all material discovery from Plaintiff since she made her Fed. R. Civ. P. 26 Initial Disclosures on May 1, 2023. Plaintiff also provided thorough discovery responses on June 1, 2023, and supplemented those responses on June 7, 2023, November 21, 2023, January 12, 2024, February 1, 2024, and February 28, 2024. The Parties have also agreed that Plaintiff's deposition will take place on April 12, 2024. Nearly all other material witnesses in the case are employed by Defendants.

To the extent there has been prejudice because of the "discovery disputes," it has been borne by Plaintiff who is still waiting on Defendants to produce discovery that was requested nine months ago, yet she is committed to the current schedule and trial date. Thus, the only reason an additional four months would be needed here is if Defendants do not intend to cooperate in continuing to produce responsive information and their material witnesses for depositions over the next four months. Finally, the asserted concerns of witness travel over the holidays are conjecture at this point and, in any event, the Parties and the Court certainly have the tools at our disposal to present testimony remotely if necessary.

Should the Court be inclined to grant a continuance, Plaintiff's counsel has trial conflicts in both February and April, 2025 and would therefore request a date in March.

Dated this 19th day of March 2024.

EIGHT & SAND

<u>/s/ *Jeff R. Dingwall*</u>
Jeff R. Dingwall, WSBA #60523
Attorney for Plaintiff Phyllis Sullivan
750 West Fir Street, Suite 602
San Diego, California 92101
Phone: (619) 796-3464
Email: jeff@eightandsandlaw.com

BLOOM LAW PLLC

<u>/s/ *Beth Bloom*</u>
<u>/s/ *Jay Corker Free*</u>
Beth Barrett Bloom, WSBA #31702
Jay Corker Free, WSBA #51393
Attorneys for Plaintiff Phyllis Sullivan

3827-C South Edmunds St.
Seattle, Washington 98118
Phone: (206) 323-0409
Email: bbloom@bloomlawpllc.com
Email: jfree@bloomlawpllc.com

## CERTIFICATE OF WORD COUNT

Pursuant to LCR 7(e)(6), I hereby certify that this memorandum contains 261 words, in compliance with the Local Civil Rules and the Court's Order granting an extension of the word count limit.

Dated: March 19, 2024.

*s/Jeff R. Dingwall*
Counsel for Plaintiff