THE HONORABLE JUDGE TANA LIN

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

| | |
|---|---|
| PHYLLIS SANTISTEVAN-SULLIVAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TRANSDIGM GROUP INCORPORATED, and AVTECHTYEE, INC.,<br><br>Defendants. | Case No. 2:23-cv-00186<br><br>**DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR CONTINUANCE OF TRIAL DATE AND CASE SCHEDULE**<br><br>**NOTED FOR HEARING: March 22, 2024** |

**REPLY**

Good cause exists for a continuance because (i) Defendants are diligently preparing for trial; (ii) this is a complex and document-intensive case, which has involved numerous discovery disputes and related briefing that have delayed discovery and progress on the case for over four months; (iii) Plaintiff would not be inconvenienced or prejudiced if a continuance was granted (nor did Plaintiff argue otherwise in her response); and (iv) Defendants will be harmed if a continuance is *not* granted because they will be deprived of the opportunity to develop the facts, complete discovery, and defend this case as thoroughly as needed. *United States v. 2.61 Acres of Land*, 791 F.2d 666, 670–71 (9th Cir. 1986).

Defendants have been working hard to move this case forward and will continue to do so.



SEYFARTH SHAW LLP
Attorneys at Law
999 Third Avenue
Suite 4700
Seattle, Washington 98104-4041
(206) 946-4910

Defendants have produced thousands of pages of documents over successive supplemental productions (and will continue to do so), met-and-conferred with Plaintiff's counsel regarding dozens of discovery issues and disputes, worked with Plaintiff's counsel to schedule and notice Plaintiff's deposition, and engaged Plaintiff regarding mediation. There is still much more work to do (and more time needed to do it) to ensure the just resolution of this case.

Plaintiff opposes the instant motion because she says "there is no reason for…a continuance." Plaintiff does not allege that she will be inconvenienced or prejudiced by a continuance and she does not dispute that this is a complex and document-intensive case that has been zealously litigated by both parties since the outset. Instead, Plaintiff insinuates that the request for continuance was made as a delay tactic, which is not true: Defendants have demonstrably moved discovery forward and have proved that Plaintiff's numerous discovery disputes were unfounded.[1] In any event, Plaintiff's apparent ongoing dissatisfaction with the pace of discovery and document production portends potential future discovery disputes, which further supports an extension of the current deadlines, including the trial date.

Moreover, defense counsel provided Plaintiff's counsel with a copy of the motion for a continuance prior to filing it. The parties conferred about the motion, but Plaintiff's counsel did not mention the trial conflicts raised in Plaintiff's opposition. If he had, Defendants would have factored those conflicts in when making their motion and preparing the proposed amended case schedule. In light of Plaintiff's counsel's conflicts, Defendants propose trial be set for May 2025.

A revised proposed order will be submitted with this reply.

---

[1] Plaintiff says that to the extent there has been prejudice because of discovery disputes, it has been borne by her because she has produced all material discovery and is still waiting on Defendants to produce all documents. Plaintiff omits that she has produced approximately 370 pages of documents while Defendants have produced thousands of pages of documents. Defendants have the lions share of the work when it comes to document review and production, particularly because of Plaintiff's overbroad and burdensome document and ESI requests.



SEYFARTH SHAW LLP
Attorneys at Law
999 Third Avenue
Suite 4700
Seattle, Washington 98104-4041
(206) 946-4910

Respectfully submitted March 22, 2024.

SEYFARTH SHAW LLP

By: *s/Emma Kazaryan*

Lauren Parris Watts, WSBA #44064
Esteban Shardonofsky (SBN # 24051323)
Emma Kazaryan, WSBA #49885
999 Third Avenue, Suite 4700
Seattle, Washington 98104-4041
Telephone: (206) 946-4910
lpwatts@seyfarth.com
sshardonofsky@seyfarth.com
ekazaryan@seyfarth.com

*Counsel for Defendants TransDigm Group Incorporated and AvtechTyee, Inc.*

*I certify this motion memorandum contains 399 words, in compliance with the Local Civil Rules.*

**CERTIFICATE OF SERVICE**

I hereby declare that on this 21st day of March, 2024, I caused a copy of the ***Defendants' Reply in Support of Motion for Continuance of the Trial Date and Case Schedule*** to be electronically filed with the Court using its efiling system which will send notification of such filing to the following:

Beth Bloom
Jay Corker Free
BLOOM LAW PLLC
3827-C South Edmunds Street
Seattle, WA 98118
bbloom@bloomlawpllc.com
jfree@bloomlawpllc.com

*Counsel for Plaintiff*

Jeff Dingwall
Eight & Sand
750 West Fir Street, Suite 602
San Diego, CA 92101
jeff@eightandsandlaw.com

*Counsel for Plaintiff*

DATED this 21st day of March, 2024.

*s/Kyna Denton Stewart*
Kyna Denton Stewart, Legal Assistant
kdentonstewart@seyfarth.com