The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON (SEATTLE)

| | |
|---|---|
| PHYLLIS SANTISTEVAN-SULLIVAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TRANSDIGM GROUP INCORPORATED, and AVTECHTYEE, INC.,<br><br>Defendants. | CASE NO.: 2:23-cv-00186-TL<br><br>**STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(1)(A)(ii), Plaintiff Phyllis Santistevan-Sullivan and Defendants TransDigm Group Incorporated, and AvtechTyee, Inc., hereby stipulate to the dismissal of this action in its entirety with prejudice. The parties shall bear their own costs and attorney fees.

STIPULATED NOTICE OF
DISMISSAL WITH PREJUDICE            -1-

EIGHT & SAND
750 West Fir Street, Suite 602
San Diego, California 92101
(619) 796-3464

Dated this 4th day of October 2024.

EIGHT & SAND

*/s/ Jeff R. Dingwall*
Jeff R. Dingwall, WSBA #60523
Attorney for Plaintiff Phyllis Sullivan
750 West Fir Street, Suite 602
San Diego, California 92101
Phone: (619) 796-3464
Email:   jeff@eightandsandlaw.com

BLOOM LAW PLLC

*/s/ Beth Bloom*
*/s/ Jay Corker Free*
Beth Barrett Bloom, WSBA #31702
Jay Corker Free, WSBA #51393
Attorneys for Plaintiff Phyllis Sullivan
3827-C South Edmunds St.
Seattle, Washington 98118
Phone: (206) 323-0409
Email:   bbloom@bloomlawpllc.com
Email:   jfree@bloomlawpllc.com

**Counsel for Plaintiff**

*/s/ Emma Kazaryan*
Esteban Shardonofsky, pro hac vice
Emma Kazaryan, WSBA #49885
999 Third Avenue, Suite 4700
Seattle, Washington 98104-4041
Phone: (206) 946-4910
Email: sshardonofsky@seyfarth.com
            ekazaryan@seyfarth.com

**Counsel for Defendants**

STIPULATED NOTICE OF
DISMISSAL WITH PREJUDICE       -2-

EIGHT & SAND
750 West Fir Street, Suite 602
San Diego, California 92101
(619) 796-3464